USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ANTHONY CACERAS,                           :        09 Civ. 8134 (SHS)

                           Plaintiff,      :

           -against-                       :        ORDER

THE CITY OF NEW YORK, *ET AL.*,            :

                           Defendants.     :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

       A pretrial conference having been held today, with counsel for all parties present,

       IT IS HEREBY ORDERED that:

       1.      The last day for the plaintiff to amend the complaint for the purpose of

adding additional police officers as defendants is March 19, 2010;

       2.      There will be a pretrial conference on May 7, 2010, at 10:00 a.m.; and

       3.      The last day for completion of discovery is July 30, 2010

Dated: New York, New York
       February 4, 2010

                                SO ORDERED:

                                  Sidney H. Stein, U.S.D.J.